RANDALL B. AIMAN-SMITH (124599)
JOHN A. LOFTON, ESQ. (222259)
Aiman-Smith & Marcy, P.C.
7677 Oakport Street, Suite 1150
Oakland, CA  94621
Telephone:  510-817-2711
Facsimile:  510-562-6830
Email: ras@asmlawyers.com
       jal@asmlawyers.com

Attorneys for Plaintiff Nanette Kearney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANETTE KEARNEY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GALILEO LEARNING, LLC, a California limited liability company; GALILEO LEARNING FRANCHISING LLC, a California limited liability company; GLEN TRIPP, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 3:20-cv-02807-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE** <br><br><br> Judge:   Hon. Joseph C. Spero <br> Ctrm:    F, 15th Floor <br><br> Complaint Filed:   April 23, 2020 |

Plaintiff Nanette Kearney and Defendants Galileo Learning, LLC, Galileo Learning Franchising, LLC, and Glen Tripp hereby jointly stipulate and request through their attorneys of record that the Court dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a).

Good cause exists for the dismissal:

1. On April 23, 2020, Plaintiff Nanette Kearney filed this case, individually and as a purported class action under Federal Rule of Civil Procedure 23.

2. On May 6, 2020, Galileo Learning, LLC and Galileo Learning Franchising, LLC (collectively, "Galileo") commenced Chapter 11 cases in the United States Bankruptcy Court for the Northern District of California, under Case Numbers 20-40857 (RLE) (in the case of Galileo Learning, LLC) and 20-40858 (RLE) (in the case of Galileo Learning Franchising LLC). This action has accordingly been stayed as to those entities.

3. On February 9, 2021, the Bankruptcy Court entered its order finally approving the class settlement between Plaintiff as class representative and Galileo. On February 10, 2021, the Bankruptcy Court entered its final order approving Galileo's plan of reorganization.

4. Accordingly, Plaintiff and Defendants consider all matters between them settled, save for the performance of the settlement agreement approved by the Bankruptcy Court.

5. Plaintiff and Defendants stipulate and jointly request that the Court dismiss this action with prejudice, with each party to bear their own fees and costs.

DATED: March 1, 2021                                KEKER, VAN NEST & PETERS LLP

By:  *s/Steven P. Ragland*
     STEVEN P. RAGLAND
     MAILE N. YEATS-ROWE

     Attorneys for Defendant
     GLEN TRIPP

DATED: March 1, 2021                                  AIMAN-SMITH & MARCY, P.C.

                                                            By:  *s/John A. Lofton*
                                                                   RANDALL B. AIMAN-SMITH
                                                                   JOHN A. LOFTON

                                                                   Attorneys for Plaintiff
                                                                   NANETTE KEARNEY

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 1, 2021                        *s/John A. Lofton*
                                                           JOHN A. LOFTON

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 3, 2021

_____
HON. JOSEPH C. SPERO
CHIEF UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I, the undersigned, hereby declare: I am employed in the County of Alameda, California; I am over eighteen years of age and not a party to the within action. I am either admitted to practice before this Court or employed in the office of an attorney admitted to practice in this Court. My business address is 7677 Oakport, Suite 1150, Oakland, California 94621.

On this date, I certify that the foregoing:

**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE**

by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Maile Yeats-Rowe<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>415/391-5400<br>415/397-7188<br>Myeats-rowe@keker.com | *Attorneys for Defendants Galileo Learning LLC, Galileo Learning Franchising LLC, and Glen Tripp* |

___   [By Mail]   I caused such envelope, with postage fully prepaid, to be placed in the United States mail at Oakland, California.

___   [By E-Mail]   I caused such document to be electronically transmitted via e-mail the addressee(s) listed above.

_X_   [By Electronic Transmission]   I hereby certify that on this date, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

___   [By Overnight Delivery, UPS Next Day Air, C.C.P. § 1013(c)]   UPS is a provider of overnight delivery services. I placed the above described document(s) in an envelope or package designated for use by UPS and delivered said designated envelope to an authorized Office or drop box of UPS at Oakland, California, with delivery fees for overnight delivery fully prepaid, and addressed to the addressee(s) above.

___   [By Personal Service]   I caused such envelope to be delivered by hand to the above address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3
CAPTION

| | | |
|---|---|---|
| 1 | Dated: March 1, 2021 | _____<br>Alissa Cerro |

CAPTION